IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JANET E. MEALING                                                                                    PLAINTIFF

vs.                                            Civil No. 3:07-cv-3043

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## ORDER

     Now on this 23rd day of April, 2008, comes on for consideration the Report and Recommendation dated March 24, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, and this case is remanded to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

     IT IS SO ORDERED.

                                                                                /s/Jimm Larry Hendren
                                                                                HON.  JIMM LARRY HENDREN
                                                                                UNITED STATES DISTRICT JUDGE